IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF TEXAS

AUSTIN DIVISION

| | |
|---|---|
| MELVIN G. WRENN | § |
| | § CIVIL NO. A-99-CA-424 JN |
| VS. | § |
| | § |
| TEXAS NATURAL RESOURCE | § |
| CONSERVATION COMMISSION | § |

**FINAL JUDGMENT**

Before the Court is the above-entitled cause of action. On July 12, 2000 upon completion of its deliberations, the jury rendered a unanimous verdict. The jury found that the Defendant did not discriminate against the Plaintiff because of his race in violation of Title VII of the Civil Rights Act of 1966, as amended, 42 U.S.C. § 2000e *et seq.* ("Title VII"). The jury found that the Defendant did retaliate against the Plaintiff for filing claims with the Equal Employment Opportunity Commission in violation Title VII. Further, the jury awarded $75,000.00 in damages.

ACCORDINGLY, IT IS ORDERED, ADJUDGED AND DECREED that this Court hereby ACCEPTS the jury's verdict and makes it the JUDGMENT of the Court.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Defendant, Texas Natural Resource Conservation Commission, pay to Plaintiff, Melvin G. Wrenn, the sum of $75,000.00.

IT IS FURTHER ORDERED that Plaintiff submit any application for attorney fees and costs no later than August 18, 2000.

IT IS FURTHER ORDERED that this cause is hereby CLOSED and that any pending motions are hereby DENIED AS MOOT.

SIGNED AND ENTERED this ___1ST___ day of August, 2000.

JAMES R. NOWLIN
CHIEF UNITED STATES DISTRICT JUDGE